In the
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW, Washington, DC 20001-2866

FILED JUL 21 2014
UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
CLERK

Radcliffe B. Lewis, et al

         **Appellant**

v.

DISTRICT OF COLUMBIA, et al

         **Appellees**

USCA Case No. 14-7072

USCA Case No. 14-702

## PRAECIPE
## AMENDMENT TO APPELLANT'S BRIEF

The Clerk of the said Court will please regard the here attached edited copy of the Appellant's Brief. The document was amended to correct grammatical/spelling errors discovered after submission of the said document. No additional information was inserted. No substantial changes were made contrary to the intended communication of statements in the originally submitted version. No exhibits are here-attached.

Respectfully submitted by

**Sign**    /s/ R. Lewis
     Radcliffe Bancroft Lewis, Appellant

### Certificate of Service

I, Radcliffe Bancroft Lewis affirm under penalty of perjury that on this 18th day of July, 2014 I caused a copy of the foregoing **BPRAECIPE** to be delivered to remitted to the Clerk of the Court for the purpose of service upon the following:

Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 600 South, Washington, DC 20001
*Counsels for Defendant District of Columbia*

1

and

Prentice Hall Corporation System
1090 Vermont Avenue, NW
Washington, DC 20011
*Resident Agent for McDonalds, Liberty Mutual*

and
LaPointe Law, P.C.
One Lane Center
1200 Shermer Road, Suite 310
Northbrook, IL 60062-4563

Sign  /s/ R. Lewis
　　　Radcliffe Bancroft Lewis, Plaintiff